IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01164-GPG

NOBLE KING PEACE SANTI DREW ALI,

    Petitioner,

v.

JUSTIN SMITH, and
CAPT. TIMOTHY PALMER,

    Respondents.

## ORDER OF DISMISSAL

    Petitioner was an inmate at the Larimer County Jail in Fort Collins, Colorado, when he initiated this action by filing *pro se* a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1). On June 4, 2015, Magistrate Judge Gordon P. Gallagher ordered Petitioner to file an amended pleading on the proper form that clarifies the claims he is asserting in this action. Petitioner was warned that the action would be dismissed without further notice if he failed to file an amended pleading within thirty days.

    On June 17, 2015, the copy of Magistrate Judge Gallagher's June 4 order that was mailed to Petitioner was returned to the Court undelivered. On July 9, 2015, after it became apparent that the order was mailed to the wrong address, Magistrate Judge Gallagher entered a minute order (ECF No. 5) directing the clerk of the Court to correct Petitioner's address and remail a copy of the June 4 order to Petitioner at the correct address. Petitioner was directed to file an amended pleading within thirty days from the

date of the minute order and he again was warned that the action would be dismissed without further notice if he failed to file an amended pleading within the time allowed.

On August 3, 2015, the copy of Magistrate Judge Gallagher's July 9 minute order that was mailed to Petitioner at the correct address was returned to the Court undelivered. The returned envelope is stamped "RTS" and "RELEASED" and bears another stamp or sticker that reads "RETURN TO SENDER, NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD." (*See* ECF No. 6.)

Petitioner has not filed an amended pleading as directed and he has failed to respond in any way to Magistrate Judge Gallagher's June 4 order. He also has failed to file a notice of change of address within five days of any change of address as required by the Court's local rules. *See* D.C.COLO.LAttyR 5(c). Therefore, the action will be dismissed without prejudice for failure to prosecute and comply with the Court's local rules. Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Petitioner files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Petitioner failed to prosecute and comply with the Court's local rules. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  14th  day of    August   , 2015.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court